## THE CITY OF CRAWFORDSVILLE *v.* LEE.

From the Montgomery Circuit Court.

*W. P. Britton* and *M. W. Bruner*, for appellant.

PERKINS, J.—The record in this case presents the same questions that were presented in the record of the case of *The City of Crawfordsville v. Brundage*, 57 Ind. 262. The judgment in this case is reversed, for the reasons given in that case, as they apply with equal force in this.

Reversed, with costs, and the cause remanded, etc.

## THE LOUISVILLE, NEW ALBANY AND CHICAGO R. W. CO. *v.* WYSONG.

From the Montgomery Circuit Court.

*S. C. Willson* and *L. B. Willson*, for appellant.

*W. P. Britton* and *M. W. Bruner*, for appellee.

WORDEN, J.—Action by the appellant, against the appellee, to recover for a cow killed upon the appellant's road, where the same was not fenced.

Judgment for the plaintiff below.

The facts in relation to the fencing of the road are the same, in substance, as in the case of *The Louisville, etc., R. W. Co.* v. *Francis, ante,* p. 389; on the authority of which the judgment below will have to be reversed.

The judgment below is reversed, with costs, and the cause remanded for a new trial.

## COCHRAN *v.* NEBEKER ET AL.

From the Fountain Circuit Court.

*J. Ristine* and *G. McWilliams*, for appellant.

*S. M. Cambern* and *L. Nebeker*, for appellees.

BIDDLE, C. J.—This case stands upon the same principle as the case of *Campbell* v. *Nebeker, ante,* p. 446, decided at the present term. The judgment is therefore affirmed.